IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HELEN JONES**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:21-CV-00081-BSM**

**ARKANSAS EARLY LEARNING, INC.**                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE